# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | No. 4:17-CR-00242 |
|---|---|
| v. | (Judge Brann) |
| LEONARD MAURICE LEWIS, | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 12th day of June 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** Defendant's Motion to Suppress, March 23, 2018, ECF No. 47, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge